IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MATTHEW FREEMAN § | |
| INDIVIDUALLY AND ON BEHALF OF § | |
| ALL OTHERS SIMILARLY SITUATED § | |
| § | |
| § | |
| VS. § | CA NO. 5:23-cv-00038-RWS-JBB |
| § | |
| § | |
| LESCO BUILDERS, LLC § | |
| AND TROY LESTER § | |

### PLAINTIFF MATTHEW FREEMAN INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AND DEFENDANT LESCO BUILDERS, LLC AND TROY LESTER'S JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Plaintiff MATTHEW FREEMAN INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff"), by and through his attorney of records William S. Hommel, Jr. and the Hommel Law Firm, and Defendant LESCO BUILDERS, LLC AND TROY LESTER, by and through their attorney of record, Louise E. Tausch and the law firm of Atchley, Russell, Waldrop & Hlavinka LLP to file this Stipulation of Dismissal in the above-referenced civil action

The above-referenced civil action has been resolved. As a result, Plaintiff no longer wishes to pursue the litigation. All parties respectfully request that the above-referenced civil action be dismissed, with prejudice. All parties wish to dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

WHEREFORE, ABOVE PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that the above-referenced civil action be dismissed with prejudice. All attorney's fees, expenses, and court costs related to this litigation should be paid by the party incurring same.

Respectfully submitted,

/s/ William S. Hommel, Jr.
William S. Hommel, Jr.
State Bar No. 09934250
<mailto:bhommel@hommelfirm.com>
Hommel Law Firm PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100Telephone/Facsimile

ATTORNEY FOR PLAINTIFF

*/s/ Louise E. Tausch*
Louise E. Tausch
State Bar No. 19680600
ltausch@arwhlaw.com
Atchley, Russell, Waldrop & Hlavinka LLP
1730 Galleria Oaks
Texarkana, TX, 75503
(903) 792-8246
(903) 792-5801 Fax

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing is being served on counsel for Defendant via electronic filing on the 5th day of December, 2023.

/s/ William S. Hommel, Jr.
William S. Hommel, Jr.