# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MATTHEW FREEMAN, Individually and on Behalf of All Others Similarly Situated § § § *Plaintiff,* § § V. § LESCO BUILDERS, LLC and TROY § LESTER § § *Defendants.* § | CASE NO. 5:23-cv-38-RWS-JBB |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal. Docket No. 18. In their joint stipulation of dismissal, all parties stipulate to the dismissal of this action with prejudice and agree that "all attorney's fees, expenses, and court costs related to this litigation should be paid by the party incurring same." *Id.* The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** the Joint Stipulation of Dismissal (Docket No. 18) is accepted by the Court and the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 7th day of December, 2023.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE